ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| 22nd Century Technologies, Inc. | ) | ASBCA No. 63774-ADR |
| | ) | |
| Under Contract No. GS00Q-17-GWD2000 | ) | |

APPEARANCES FOR THE APPELLANT:   Matthew T. Schoonover, Esq.
Matthew P. Moriarty, Esq.
Timothy J. Laughlin, Esq.
Schoonover & Moriarty LLC
Olathe, KS

Ian P. Patterson, Esq.
Koprince Law LLC
Lawrence, KS

W. Brad English, Esq.
Emily J. Chancey, Esq.
Maynard, Cooper & Gale, P.C.
Huntsville, AL

APPEARANCES FOR THE GOVERNMENT:   Lia N. Wentworth, Esq.
DISA General Counsel
Susan M. Chagrin, Esq.
Joshua D. Bell, Esq.
Trial Attorneys
Defense Information Systems Agency
Fort Meade, MD

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have resolved the dispute through Alternative Dispute Resolution and jointly request that the Board dismiss the appeal with prejudice. The appeal is dismissed with prejudice.

Dated: May 19, 2026

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63774-ADR, Appeal of 22nd Century Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:  May 19, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals